UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Ortrie D. Smith

UNITED STATES OF AMERICA        Case No:08-00321-01-CR-W-ODS
vs.                             Date: 2/28/2011
DARL DOUGLAS DENSON

| Plaintiff Counsel | Defendant Counsel |
|---|---|
| Bruce Rhoades, AUSA | Ron Hall, CJA |
| Time Commenced: 10:12 a.m. | Time Terminated: 10:31 a.m. |

X       There are NO objections to the P.S.I. OR the Guideline Range.

Total Offense Level: 34                     Criminal History Category: VI
Imprisonment Range: 262 to 327 months       Supervised Release Range: Count 3: to 8
                                            yrs; Count 4: 3 to 5 years; Count 6: to 6 yrs.
Special Assessment: $100.00                 Restitution: Not Applicable
Fine Range: $ 17,500 to $ 14,000,000

The Defendant is sentenced to Counts 1, 3, 4 and 6.
X       Motion is filed by the U.S. Government for Downward Departure.
X       The Court grants said motion (doc #224).
X       Defense counsel statement. Government statement. Defendant statement.

INCARCERATION:
X       The Court hereby orders the defendant to serve the following term of incarceration with
        the FBP: **180 months on Counts 1, 3, 4, and 6, terms to run concurrent.**
X       Defendant is hereby remanded to the custody of U.S. Marshal.

SUPERVISED RELEASE:
X       The Court hereby orders the defendant to the following term of Supervised Release:
        **8 years on Counts 1 and 3; 5 years on Count 4; 6 years on Count 6, concurrent.**

SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION: See J&C

FINE: Waived

RESTITUTION: Not Applicable

SPECIAL ASSESSMENT: The Court imposes the following Special Assessment: $400.00

RECOMMENDATIONS:
X       The Court makes the following recommendations to the FBP: Upon application, the
        defendant be allowed to participate in the 500-Hour Residential Substance Abuse
        Treatment Program. Further, that defendant be considered for placement at the F.C. I.
        Texarkana, TX facility.
X       Denial of federal benefits as provided in 21 U.S.C. 862, is not ordered in this case.
X       The Court advises the Defendant he has 14 days to appeal.

Court Reporter: Cynthia Johnson            Joella Baldwin, Courtroom Deputy